(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court WESTERN DISTRICT OF NEW YORK | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Mornelli, Christopher A. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>None |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>N/A |
| Last four digits of Soc. Sec./Tax I.D. No. (if more than one, state all):<br>1347 | Last four digits of Soc. Sec./Tax I.D. No. (if more than one, state all):<br>N/A |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>2043 Town Hall Terrace, Apt. #4<br>Grand Island, New York 14072 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>N/A |
| County of Residence or of the<br>Principal Place of Business:   Erie | County of Residence or of the<br>Principal Place of Business:   N/A |
| Mailing Address of Debtor (if different from street address):<br>P.O. Box 1182<br>Grand Island, New York 14072 | Mailing Address of Debtor (if different from street address):<br>N/A |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) | | |
|---|---|---|---|---|
| ☒ Individual(s) | ☐ Railroad | ☒ Chapter 7 | ☐ Chapter 11 | ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | | |
| ☐ Other_____ | ☐ Clearing Bank | | | |

**Nature of Debts** (Check one box)

☒ Consumer/Non-Business          ☐ Business

**Chapter 11 Small Business** (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. § 101

☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)

☒ Full Filing Fee attached

☐ Filing fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay the fee except in installments. Rule 1006(b). See Official Form No. 3.

| **Statistical/Administrative Information** (Estimates only) | **This Space For Court Use Only** |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to creditors. | |

**Estimated Number of Creditors**

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More Than $100 Million |
|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Debts**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More Than $100 Million |
|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> Christopher A. Mornelli |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)**

| Location <br> Where Filed:    None | Case Number: <br> N/A | Date Filed: <br> N/A |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)**

| Name of Debtor: <br> None | Case Number: <br> N/A | Date Filed: <br> N/A |
|---|---|---|
| District: <br> N/A | Relationship: <br> N/A | Judge: <br> N/A |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)
12/27/04
Date

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)
Thomas J. Gaffney
Printed Name of Attorney for Debtor(s)
Thomas J. Gaffney, Esq.
Firm Name
80 West Huron Street
Address
Buffalo, New York 14202

(716) 852-1102
Telephone Number
12/27/04
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____ 12/27/04
Signature of Attorney for Debtor(s)    Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

**FORM 7. STATEMENT OF FINANCIAL AFFAIRS**

# UNITED STATES BANKRUPTCY COURT

### DISTRICT OF WESTERN NEW YORK

In re: Christopher A. Mornelli          ,          Case No. _____
          (Name)                                                    (if known)
                    Debtor

# STATEMENT OF FINANCIAL AFFAIRS

       This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

       Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

       *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

       *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

1.   **Income from employment or operation of business**

None
☐
   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| $59,500.00 - 2004 | wages |
| $61,000.00 - 2003 | wages |
| $61,000.00 - 2002 | wages |

**2. Income other than from employment or operation of business**

None
[x]

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

**3.   Payments to creditors**

None
[ ]

a.   List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

Just payments as permitted by finances and paid pursuant to loan and/or credit agreements

None
[x]

b.   List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
[x]

a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
☒ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

### 5. Repossessions, foreclosures and returns

None
☒ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

### 6. Assignments and receiverships

None
☒ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

---

None
☒ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

4

### 7. Gifts

None

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

---

### 8. Losses

None

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

---

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Thomas J. Gaffney, 80 West Huron St., Bflo., NY 14202 | | |

SEE ATTACHED DISCLOSURE SCHEDULE

---

### 10. Other transfers

None

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| HSBC HSBC Center Buffalo, New York 14203 | checking | 7/04 - $200.00 monies applied to bills |

**12. Safe deposit boxes**

None ☒ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☒ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☒ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior Address of Debtor**

None
☒

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                    NAME USED              DATES OF OCCUPANCY

---

**16. Spouses and Former Spouses**

None
☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

N/A

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

---

None
☒

a.   List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME          NAME AND ADDRESS          DATE OF      ENVIRONMENTAL
AND ADDRESS        OF GOVERNMENTAL UNIT      NOTICE       LAW

---

None
☒

b.   List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME          NAME AND ADDRESS          DATE OF      ENVIRONMENTAL
AND ADDRESS        OF GOVERNMENTAL UNIT      NOTICE       LAW

None
[X]

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

### 18. Nature, location and name of business

None
[X]

a.  If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

   If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

   If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

---

None
[X]

b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☒

a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                              DATES SERVICES RENDERED

---

None
☒

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                     DATES SERVICES RENDERED

---

None
☒

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                          ADDRESS

---

None
☒

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                              DATE ISSUED

---

**20. Inventories**

None


a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY        INVENTORY SUPERVISOR        DOLLAR AMOUNT OF INVENTORY
                                                     (Specify cost, market or other basis)

---

None
☒

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                                    NAME AND ADDRESSES OF CUSTODIAN
                                                     OF INVENTORY RECORDS

**21. Current Partners, Officers, Directors and Shareholders**

None [X]   a.   If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None [X]   b.   If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22. Former partners, officers, directors and shareholders**

None [X]   a.   If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None [X]   b.   If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23. Withdrawals from a partnership or distributions by a corporation**

None [X]   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
 If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION          LAST FOUR DIGITS OF TAXPAYER IDENTIFICATION NUMBER

---

**25. Pension Funds.**

None
 If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND          LAST FOUR DIGITS OF TAXPAYER IDENTIFICATION NUMBER

---

\*  \*  \*  \*  \*  \*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    12/27/04                     Signature _____
of Debtor

Date _____        Signature _____
of Joint Debtor
(if any)

_____

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs andany attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____        Signature _____

                                         Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571*

---------------------------------------------------------------------------------------------

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____            _____
Printed or Typed Name of Bankruptcy Petition Preparer            Social Security No.

_____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____            _____
  Signature of Bankruptcy Petition Preparer                   Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

| In re | | Case Number: |
|---|---|---|
| Christopher A. Mornelli | Debtor. | (If Known) |

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total | $ 0.00 | |

(Report also on Summary of Schedules.)

Form 6B

<table>
<tr><td>In re<br><br>Christopher A. Mornelli<br><br>Debtor.</td><td>Case Number:<br><br>(If Known)</td></tr>
</table>

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| | TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 1. | Cash on hand. | | | | 5.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | M & T - checking acct. - bill payer<br>Niagara Frontier Federal Employees FCU - share acct. | | 10.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | 0.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | VCR, living room, dinning room, bedroom, color t.v. | | 1,710.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | 0.00 |
| 6. | Wearing apparel. | | all wearing apparel & ornaments of the person are used & not believed to have present value | | 0.00 |
| 7. | Furs and jewelry. | X | | | 0.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | .12 ga 870 Remington Shotgun | | 100.00 |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Group Life thru employment - no cash surrender value<br>Security Mutual Life Ins. - term policy - no cash surrender value | | 0.00<br><br>0.00 |
| 10. | Annuities. Itemize and name each issuer. | X | | | 0.00 |

**Form 6B - Continued**

| In re | |
|---|---|
| Christopher A. Mornelli | Debtor. |

| Case Number: | |
|---|---|
| | (If Known) |

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| | TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 11. | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | Thrift Savings Plan thru employment - no voluntary contributions made | | 0.00 |
| 12. | Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | 0.00 |
| 13. | Interests in partnerships or joint ventures. Itemize. | X | | | 0.00 |
| 14. | Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | 0.00 |
| 15. | Accounts receivable. | X | | | 0.00 |
| 16. | Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | 0.00 |
| 17. | Other liquidated debts owing debtor including tax refunds. Give particulars. | | estimated Federal & NYS tax refunds for 2004 | | 1,500.00 |
| 18. | Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. (Form 6A.) | X | | | 0.00 |
| 19. | Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | 0.00 |
| 20. | Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | 0.00 |
| 21. | Patents, copyrights, and other intellectual property. Give particulars. | X | | | 0.00 |
| 22. | Licenses, franchises, and other general intangibles. Give particulars. | X | | | 0.00 |

**Form 6B - Continued**

| In re | | Case Number: |
|---|---|---|
| Christopher A. Mornelli | Debtor. | (If Known) |

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| | TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 23. | Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Dodge Caravan | | 4,100.00 |
| 24. | Boats, motors, and accessories. | X | | | 0.00 |
| 25. | Aircraft and accessories. | X | | | 0.00 |
| 26. | Office equipment, furnishings, and supplies. | X | | | 0.00 |
| 27. | Machinery, fixtures, equipment and supplies used in business. | X | | | 0.00 |
| 28. | Inventory. | X | | | 0.00 |
| 29. | Animals. | X | | | 0.00 |
| 30. | Crops - growing or harvested. Give particulars. | X | | | 0.00 |
| 31. | Farming equipment and implements. | X | | | 0.00 |
| 32. | Farm supplies, chemicals, and feed. | X | | | 0.00 |
| 33. | Other personal property of any kind not already listed. Itemize. | X | | | 0.00 |

_____ continuation sheets attached        $ 7,475.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)

Form 6C

| In re | Case Number: |
|-------|--------------|
| Christopher A. Mornelli | |
| Debtor. | (If Known) |

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

(Check one box)

☐ 11 U.S.C. § 522(b)(1) Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b)(2) Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| cash | Article 10A NY Debtor & Creditor Law; Article 52 NY CPLR | up to $2,500.00 | 5.00 |
| M & T checking acct. | Article 10A NY Debtor & Creditor Law; Article 52 NY CPLR | up to $2,500.00 | 10.00 |
| Niagara Frontier Federal Employees FCU - share acct. | Article 10A NY Debtor & Creditor Law; Article 52 NY CPLR | up to $2,500.00 | 50.00 |
| household goods & furnishings | Article 10A NY Debtor & Creditor Law; Article 52 NY CPLR | up to $5,000.00 | 1,710.00 |
| all personalty, wearing apparel & ornaments of the person | Article 10A NY Debtor & Creditor Law; Article 52 NY CPLR | all items | all items are used & not believed to have present value |
| Group Life thru employment | Article 10A NY Debtor & Creditor Law; Article 52 NY CPLR; Article 32 NY Insurance Law | all benefits | no cash surrender value believed to exist |
| Security Mutual Life - term policy | Article 10A NY Debtor & Creditor Law; Article 52 NY CPLR; Article 32 NY Insurance Law | all benefits | no cash surrender value believed to exist |
| Thrift Savings Plan thru employment | Article 10A NY Debtor & Creditor Law; Article 52 NY CPLR; 401 Internal Revenue Code | all benefits | no present value beyond exemptions believed to exist |

**Form 6C**

| In re | Case Number: |
|-------|-------------|
| Christopher A. Mornelli           Debtor. | (If Known) |

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

pg. 2 cont'd

Debtor elects the exemption to which debtor is entitled under

(Check one box)

☐ 11 U.S.C. § 522(b)(1) Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b)(2) Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| estimated 2004 Federal & NYS tax refunds | Article 10A NY Debtor & & Creditor Law; Article 52 NY CPLR | up to $2,500.00 | 1,500.00 |

CHRISTOPHER A. MORNELLI

# EXEMPT PROPERTY SCHEDULE

## ARTICLE 10A NEW YORK DEBTOR & CREDITOR LAW
### ARTICLE 52 NEW YORK CPLR
ARTICLE 32 INSURANCE LAW
401 INTERNAL REVENUE CODE

## REAL PROPERTY

| ADDRESS | USE | VALUE | EXEMPT |
|---|---|---|---|
| None | Personal residence of Debtor | $ (less mrtg.) | $ |

## TAX REFUNDS

| | | | |
|---|---|---|---|
| estimated 2004 Federal & NYS tax refunds | | $ 1,500.00 | $ 1,500.00 |

## RETIREMENT

Thrift Savings Plan thru employment - no present value beyond exemptions believed to exist

## AUTOMOBILES

| MAKE & YEAR | # MILE | LIENHOLDER | VALUE | EXEMPT |
|---|---|---|---|---|
| 2000 Dodge Caravan | 164,000 | Niagara Frontier Federal Employees | $ 4,100.00 | $ 4,100.00 |

## LIFE INSURANCE

Group Life thru employment - no cash surrender value believed to exist
Security Mutual Life - term policy - no cash surrender value believed to exist  $  $

## BANK ACCOUNTS

| | | |
|---|---|---|
| cash | | |
| M & T - checking acct. - bill payer | $ 5.00 | $ 5.00 |
| Niagara Frontier Federal Employees FCU - share acct. | $ 10.00 | $ 10.00 |
| | $ 50.00 | $ 50.00 |

## MISCELLANEOUS

all personalty, wearing apparel & ornaments of the person are used & not believed to have present value

## PERSONAL PROPERTY

DEBTOR OCCUPIES PARTIALLY FURNISHED UNIT

| DESCRIPTION | LOCATION | | AGE | LIEN | VALUE |
|---|---|---|---|---|---|
| VCR | in debtor's possession | | | | |
| Livingroom | " | " | 12 years | None | $ 10.00 |
| Diningroom | " | " | 5 " | " | $ 700.00 |
| Bedrooms (1) | " | " | 5 " | " | $ 600.00 |
| Kitchen set | " | " | 6 " | " | $ 300.00 |
| Color TV (1) | " | " | -- " | " | $ 0.00 |
| B&W TV ( ) | " | " | 7 " | " | $ 100.00 |
| Stereo | " | " | -- " | " | $ 0.00 |
| Stove | " | " | -- " | " | $ 0.00 |
| Refrigerator | " | " | -- " | " | $ 0.00 |
| Freezer | " | " | -- " | " | $ 0.00 |
| Washer | " | " | -- " | " | $ 0.00 |
| Dryer | " | " | -- " | " | $ 0.00 |
| | | | | | $ 0.00 |

TOTAL: $ 1,710.00
EXEMPT: $ 1,710.00

TOTAL EXEMPT: $ 3,275.00

Form 6D (12/03)

| In re | | Case Number: |
|-------|---------|--------------|
| Christopher A. Mornelli | Debtor. | (If Known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interest such as judgment liens, garnishments, statutory liens, mortgages, deed of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| LAST 4 DIGITS OF ACCT. NO. <br><br> Niagara Falls Postal FCU <br> 615 Main St. <br> Niagara Falls, NY 14302 | | | purchase money lien 2000 Dodge per attached Title Certificate <br><br> Value $ 4,100.00 | | | | 5,000.00 | 900.00 |
| LAST 4 DIGITS OF ACCT. NO. | | | <br><br> Value $ | | | | | |
| LAST 4 DIGITS OF ACCT. NO. | | | <br><br> Value $ | | | | | |
| LAST 4 DIGITS OF ACCT. NO. | | | <br><br> Value $ | | | | | |

1 ___ Continuation sheets attached

| | |
|---|---|
| Subtotal <br> (Total of this page) | $ 5,000.00 |
| Total <br> (Use only last page) | $ 5,000.00 |

(Report total also on Summary of Schedules)

MORNELLI,C,A
PO BOX 1182
GRAND ISLAND NY    14072

008910



# CERTIFICATE OF TITLE

## NEW YORK STATE

www.nysdmv.com

| Title and Identification No. | Year | Make | Model Code | Body/Hull | * * LIENS * * Document No. |
|---|---|---|---|---|---|
| 2B4GP25R6YR857256 2B4GP25R6YR857256 | 2000 | DODGE | CVN | SUBN | 050460J |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| GR | 3822 | GAS | 6 | USED | VEHICLE | 5/02/03 |

Name and Address of Owner(s)

ODOMETER READING:   00056
00056
ACTUAL MILEAGE

MORNELLI,C,A
PO BOX 1182
GRAND ISLAND NY    14072

This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder

NIAGARA FALLS
POSTAL ECU
615 MAIN ST
NIAGARA FALLS NY 14302

Lienholder

\* ONE LIEN RECORDED \*

Lienholder

\* ONE LIEN RECORDED \*

Lienholder

\* ONE LIEN RECORDED \*

MV-999 (6/02)

VOID IF ALTERED

## DEPARTMENT OF MOTOR VEHICLES

| In re | Case Number: |
|---|---|
| Christopher A. Mornelli              Debtor. | (If Known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated place an "X" in the column labeled "Unliquidated." If the claim is disputed, place and "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled, "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

❑ **Extensions of credit in an involuntary case:** Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

❑ **Wages, salaries, and commissions:** Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

❑ **Contributions to employee benefit plans:** Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑ **Certain farmers and fishermen:** Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

❑ **Deposits by individuals:** Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

❑ **Alimony, Maintenance, or Support*:** Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

❑ **Taxes and certain other debts owed to governmental units:** Taxes, customs duties, and penalties owing to federal, state, and local government units as set forth in 11 U.S.C. § 507(a)(8).

❑ **Commitments to maintain the capital of an insured depository institution:** Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

\* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Form 6F (12/03)

| In re | | Case Number: |
|---|---|---|
| Christopher A. Mornelli | Debtor. | (If Known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured non-priority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LAST FOUR DIGITS OF ACCOUNT NO. 8636<br><br>Bank of America/Fleet<br>P.O. Box 17192<br>Wilmington, DE 19850-7192 | | | collector 2004 for Fleet | | | | N/A |
| LAST FOUR DIGITS OF ACCOUNT NO. 2739<br><br>Bonded Collection Corp.<br>29 East Madison St., Ste. 1650<br>Chicago, IL 60602-4427 | | | collector 2004 for Fleet | | | | N/A |
| LAST FOUR DIGITS OF ACCOUNT NO. 3358<br><br>Chase Platinum Master Card<br>P.O. Box 15583<br>Wilmington, DE 19886-1194 | | | open credit account 2000-2004 | | | | 16,184.62 |
| LAST FOUR DIGITS OF ACCOUNT NO. 3358<br><br>Chase Platinum Master Card<br>P.O. Box 15902<br>Wilmington, DE 19850-5902 | | | collector 2000-2004 | | | | N/A |

| | Subtotal | $ 16,184.62 |
|---|---|---|
| | Total | $ |

**4** _____ continuation sheets attached

(Report total also on Summary of Schedules)

Form 6F (12/03) - Continued

| In re | | Case Number: |
|-------|---|-------------|
| Christopher A. Mornelli | Debtor. | (If Known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LAST FOUR DIGITS OF ACCOUNT NO. 3358<br><br>Chase Platinum Master Card<br>P.O. Box 29236<br>Phoenix, AZ 85038-9236 | | | collector 2000-2004 | | | | N/A |
| LAST FOUR DIGITS OF ACCOUNT NO. 3358<br><br>Chase Platinum Master Card<br>P.O. Box 15823<br>Wilmington, DE 19850-5823 | | | collector 2000-2004 | | | | N/A |
| LAST FOUR DIGITS OF ACCOUNT NO. 3358<br><br>Chase Platinum Master Card<br>Chase Manhattan Bank<br>100 Duffy Ave.<br>Hicksville, NY 11801 | | | collector 2000-2004 | | | | N/A |
| LAST FOUR DIGITS OF ACCOUNT NO. 5343<br><br>CitiCards<br>P.O. Box 8111<br>S. Hackensack, NJ 07606-8111 | | | open credit account 2000-2004 | | | | 8,420.11 |
| LAST FOUR DIGITS OF ACCOUNT NO. 5343<br><br>CitiCards<br>P.O. Box 6500<br>Sioux Falls, SD 57117 | | | collector 2000-2004 | | | | N/A |

Sheet no. ___1___ of ___4___ sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority
Claims

| | |
|---|---|
| Subtotal | $ 8,420.11 |
| (Total of this page) | |
| Total | $ |
| (Use only on last page of the completed Schedule F) | |

(Report total also on Summary of Schedules)

| In re | | Case Number: | |
|---|---|---|---|
| Christopher A. Mornelli | Debtor. | | (If Known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LAST FOUR DIGITS OF ACCOUNT NO. 5343<br><br>CitiCards Customer Service Center<br>Attn: Payment Mail Opening<br>111 Sylvan Ave.<br>Englewood Cliffs, NJ 07632 | | | collector 2000-2004 | | | | N/A |
| LAST FOUR DIGITS OF ACCOUNT NO. 5343<br><br>CitiCards, Citibank/CCSI, Bankruptcy Recovery Dept., Attn: Diana Ekis<br>7920 NW 110th St., P.O. Box 20487<br>Kansas City, MO 64195-9904 | | | collector 2000-2004 | | | | N/A |
| LAST FOUR DIGITS OF ACCOUNT NO. 5543<br><br>CitiCards CitiCorp.<br>3232 W. Royal Ln.<br>Irving, TX 75063-3105 | | | collector 2000-2004 | | | | N/A |
| LAST FOUR DIGITS OF ACCOUNT NO. 7699<br><br>Client Services, Inc.<br>3451 Harry S. Truman Blvd.<br>St. Charles, MO 63301 | | | collector for Citi 2004 | | | | N/A |
| LAST FOUR DIGITS OF ACCOUNT NO. 7699<br><br>Client Services, Inc./CitiCards<br>P.O. Box 1503<br>St. Peters, MO 63376 | | | collector for Citi 2004 | | | | N/A |

| | | |
|---|---|---|
| | Subtotal | $ N/A |

Sheet no. 2 of 4 sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority
Claims

(Total of this page)
Total
(Use only on last page of the completed Schedule F)

$

(Report total **also on Summary of Schedules)**

| In re | | Case Number: | |
|---|---|---|---|
| Christopher A. Mornelli | Debtor. | | (If Known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LAST FOUR DIGITS OF ACCOUNT NO. 8636<br><br>Fleet Credit Card Service<br>P.O. box 15368<br>Wilmington, DE 19886-5368 | | | open credit account 2000-2004 | | | | 15,463.31 |
| LAST FOUR DIGITS OF ACCOUNT NO. 8636<br><br>Fleet Credit Card Service<br>P.O. Box 17192<br>Wilmington, DE 19850-7192 | | | collector 2000-2004 | | | | N/A |
| LAST FOUR DIGITS OF ACCOUNT NO. 8636<br><br>Fleet Credit Card Service<br>P.O. Box 15480<br>Wilmington, DE 19850-5480 | | | collector 2000-2004 | | | | N/A |
| LAST FOUR DIGITS OF ACCOUNT NO. 6214<br><br>HSBC Bank USA<br>P.O. Box 37278<br>Baltimore, MD 21297-3278 | | | open credit account 2000-2004 | | | | 4,178.13 |
| LAST FOUR DIGITS OF ACCOUNT NO. 6214<br><br>HSBC Bank USA<br>P.O. Box 9<br>Buffalo, New York 14240 | | | collector 2000-2004 | | | | N/A |

| | | |
|---|---|---|
| | Subtotal | $ 19,641.44 |

Sheet no. 3 of 4 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

(Total of this page)
Total
(Use only on last page of the completed Schedule F)

$

(Report total also on Summary of Schedules)

Form 6F (12/03) - Continued

| In re | | Case Number: | |
|---|---|---|---|
| Christopher A. Mornelli | Debtor. | | (If Known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LAST FOUR DIGITS OF ACCOUNT NO. 3358<br><br>Stanley, Weinberg & Associates<br>1200 Roosevelt Rd., Ste. 201<br>Glen Ellyn, IL 60137 | | | collector 2004 for Chase | | | | N/A |
| LAST FOUR DIGITS OF ACCOUNT NO. | | | | | | | |
| LAST FOUR DIGITS OF ACCOUNT NO. | | | | | | | |
| LAST FOUR DIGITS OF ACCOUNT NO. | | | | | | | |
| LAST FOUR DIGITS OF ACCOUNT NO. | | | | | | | |

| | | |
|---|---|---|
| | Subtotal | $ N/A |
| Sheet no. 4 of 4 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | (Total of this page) | |
| | Total (Use only on last page of the completed Schedule F) | $ 44,246.17 |

(Report total also on Summary of Schedules)

Form 6G

| In re | | Case Number: |
|---|---|---|
| Christopher A. Mornelli | Debtor. | (If Known) |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☒ **Check this box if debtor has no executory contracts or unexpired leases.**

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| | |

| In re | | Case Number: |
|---|---|---|
| Christopher A. Mornelli | Debtor. | (If Known) |

# SCHEDULE H - CODEBTORS

Provide the information required concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the non-debtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☒ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Form 6I (12/03)

| In re | Christopher A. Mornelli | Case Number: | |
|---|---|---|---|
| | | | (If Known) |
| | Debtor. | | |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Divorced | RELATIONSHIP daughter son | AGE 15 12 | |

| | EMPLOYMENT: | |
|---|---|---|
| | DEBTOR | SPOUSE |
| Occupation | Customs Inspection | None |
| Name of Employer | US Customs | |
| How Long Employed | 16 yrs. | |
| Address of Employer | Washington, DC | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 4,705.52 | $ 0.00 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 4,705.52 | $ 0.00 |
| Less Payroll Deductions | | |
| a. Payroll taxes and social security | $ 1097.33 | $ 0.00 |
| b. retirement Insurance | $ 22.43 534.28 $ 27.24 | $ 0.00 $ 0.00 |
| c. Union dues | | |
| d. Other (specify) health/dental | $ 174.94 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 1,856.22 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 2,849.30 | $ 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify) | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income (Specify) | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 2,849.30 | $ 0.00 |

TOTAL COMBINED MONTHLY INCOME $ 2,849.30     (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document

Form 6J (12/03)

| In re | | Case Number: |
|---|---|---|
| Christopher A. Mornelli | Debtor. | (If Known) |

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

Rent or home mortgage payment (include lot rented for mobile home)      $ 825.00

Are real estate taxes included?    Yes __✗__    No_____
Is property insurance included    Yes __✗__    No_____
Utilities Electricity and heating fuel
     Water and sewer    $ 185.00
     Telephone    $ 0.00
     Other_____    $ 89.00
Home Maintenance (Repairs and Upkeep)    $ 12.00
Food    $ 568.00
Clothing    $ 165.00
Laundry and dry cleaning    $ 35.00
Medical and dental expenses    $ 58.00
Transportation (not including car payments)    $ 195.00
Recreation, clubs and entertainment, newspapers, magazines, etc.    $ 25.00
Charitable contributions    $ 10.00
Insurance (not deducted from wages or included in home mortgage payments)    $ 0.00
     Homeowner's or renter's    $ 30.00
     Life    $ 30.00
     Health    $ 0.00
     Auto    $ 85.00
     Other disability    $ 25.00
Taxes (not deducted from wages or included in home mortgage payments)    $ 0.00
(Specify)_____    $ 0.00
Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan)    $ 0.00
     Auto    $ 433.33
     Other_____    $ 0.00
     Other_____    $ 0.00
Alimony, maintenance, and support paid to others    $ 100.00
Payments for support of additional dependents not living at your home    $ 0.00
Regular expenses from operation of business, profession, or farm (attach detailed statement)    $ 0.00
Other miscellaneous & emergency    $ 35.00

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)    $ 2,905.33

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.
A.   Total projected monthly income    $_____
B.   Total projected monthly expenses    $_____
C.   Excess income (A minus B)    $_____
D.   Total amount to be paid into plan each _____    $_____
                                  (interval)

Form 6

# United States Bankruptcy Court
# Western District of New York

| In re | Christopher A. Mornelli | Case Number: |
|---|---|---|
| | Debtor. | (If Known) |

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| | NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|---|
| A- | Real Property | No | 0 | $ 0.00 | | |
| B- | Personal Property | Yes | 3 | $ 7,475.00 | | |
| C- | Property Claimed as Exempt | Yes | 2 | | | |
| D- | Creditors Holding Secured Claims | Yes | 2 | | $ 5,000.00 | |
| E- | Creditors Holding Unsecured Priority Claims | No | 0 | | $ 0.00 | |
| F- | Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $ 44,246.17 | |
| G- | Executory Contracts and Unexpired Leases | No | 0 | | | |
| H- | Codebtors | No | 0 | | | |
| I- | Current Income of Individual Debtor(s) | Yes | 1 | | | $ 2,849.30 |
| J- | Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 2,905.00 |
| | Total Number of Sheets of ALL Schedules | | 14 | | | |
| | Total Assets | | | $ 7,475.00 | | |
| | Total Liabilities | | | | $ 49,246.17 | |

In re ___Christopher A. Mornelli___ ,                Case No. _____
                    Debtor                                              (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____37_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date ___12/27/04___                                Signature: _____
                                                                          Debtor

Date _____                       Signature: _____
                                                              (Joint Debtor, if any)
                                                   [If joint case, both spouses must sign.]

---

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.

_____

_____
ess

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____          _____
  Signature of Bankruptcy Petition Preparer                      Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.          (Total shown on summary page plus 1.)

Date _____                       Signature: _____

                                                   _____
                                                   [Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

## Form 8. INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
[*Caption as in Form 16B*]

### CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

   a. *Property to Be Surrendered.*

   Description of Property                          Creditor's name

   None                                            N/A

   b. *Property to Be Retained*                    [*Check any applicable statement.*]

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| 2000 Dodge Caravan | Niagara Falls Postal FCU | X | X | X |

Date:  12/27/04

_____
Signature of Debtor
CHRISTOPHER A. MORNELLI

---

### CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.

_____

_____
Address

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____          _____
Signature of Bankruptcy Petition Preparer          Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF NEW YORK

In re

Christopher A. Mornelli

Debtor*

Soc. Sec. No. 1347          Debtor's Employer's Tax Id. No.

CASE NO.

STATEMENT

Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

(1) The undersigned is the attorney for the debtor(s) in this case.

(2) The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:
   (a) for legal services rendered or to be rendered in contemplation of and in connection
       with this case                                                                    $ 550.00
   (b) prior to filing this statement, debtor(s) have paid                               $ 759.00
   (c) the unpaid balance due and payable is                                             $ 0.00

(3) $ 209.00  of the filing fee in this case has been paid.

(4) The services rendered or to be rendered include the following:

   (a) analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file
       a petition under Title 11 of the United States Code.
   (b) preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
   (c) representation of the debtor(s) at the meeting of creditors.

(5) The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services
    performed, and

                          None Known

(6) The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be
    from earnings, wages and compensation for services performed, and

                          None Known

(7) The undersigned has received no transfer, assignment or pledge of property except the following for the value stated:

                          None Known

(8) The undersigned has not shared or agreed to share with any other person, other than with members of undersigned's law
    firm, any compensation paid or to be paid except as follows:

                          None

Dated: 12/27/04

Respectfully submitted ............................................. Attorney for Petitioner

Case 1-05-10136-CLB,   Doc 1,   Filed 01/06/05,   Entered 01/06/05 16:49:31,
Description: Main Document , Page 36 of 39

Internal Revenue Service
Special Procedures
111 W. Huron St.
Buffalo, New York 14202


Niagara Falls Postal FCU
615 Main Street
Niagara Falls, NY 14302


Bank of America/Fleet
P.O. Box 17192
Wilmington, DE 19850-7192


Bonded Collection Corp.
29 East Madison St., Ste. 1650
Chicago, IL 60602-4427


Chase Platinum Master Card
P.O. Box 15583
Wilmington, DE 19886-1194


Chase Platinum Master Card
P.O. Box 15902
Wilmington, DE 19850-5902


Chase Platinum Master Card
P.O. Box 29236
Phoenix, AZ 85038-9236


Chase Platinum Master Card
P.O. Box 15823
Wilmington, DE 19850-5823


Chase Platinum Master Card
Chase Manhattan Bank
100 Duffy Ave.
Hicksville, NY 11801


CitiCards
P.O. Box 8111
S. Hackensack, NJ 07606-8111

CitiCards
P.O. Box 6500
Sioux Falls, SD 57117


CitiCards Customer Service Ctr.
Attn: Payment Mail Opening
111 Sylvan Ave.
Englewood Cliffs, NJ 07632


CitiCards, Citibank/CCSI
Bankruptcy Recovery Dept.
7920 NW 110th St.
P.O. Box 20487
Kansas City, MO 64195-9904


CitiCards
CitiCorp
3232 W. Royal Ln.
Irving, TX 75063-3105


Client Services, Inc.
3451 Harry S. Truman Blvd.
St. Charles, MO 63301


Client Services, Inc./CitiCards
P.O. Box 1503
St. Peters, MO 63376


Fleet Credit Card Service
P.O. Box 15368
Wilmington, DE 19886-5368


Fleet Credit Card Service
P.O. Box 17192
Wilmington, DE 19850-7192


Fleet Credit Card Service
P.O. Box 15480
Wilmington, DE 19850-5480


HSBC Bank USA
P.O. Box 37278
Baltimore, MD 21297-3278

HSBC Bank USA
P.O. Box 9
Buffalo, NY 14240


Stanley, Weinberg & Assoc.
1200 Roosevelt Rd., Ste. 201
Glen Ellyn, IL 60137